JAMES O. SEBRING, Appellant, v. THE BALTIMORE-AMERICAN INSURANCE

COMPANY OF NEW YORK, Respondent, Impleaded with Another, Defendant.— Motion for reargument denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

JAMES O. SEBRING, Appellant, v. THE FIDELITY-PHENIX FIRE INSURANCE COMPANY OF NEW YORK, Respondent, Impleaded with Another, Defendant.— Motion for reargument denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

JAMES O. SEBRING, Appellant, v. FIREMEN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY, Respondent, Impleaded with Another, Defendant.— Motion for reargument denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

JAMES O. SEBRING, Appellant, v. THE GLOBE AND RUTGERS FIRE INSURANCE COMPANY OF THE CITY OF NEW YORK, Respondent, Impleaded with Another, Defendant.— Motion for reargument denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.